UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNITA PARKS ZITO,

    Plaintiff,

v.                                         Case No: 8:17-cv-1152-T-36TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on May 17, 2017 (Doc. 6). In the Report and Recommendation, Magistrate Judge McCoun recommends that Plaintiff's construed Motion to Proceed *In Forma Pauperis* be DENIED. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Doc. 2) is DENIED.

(3) Plaintiff shall pay the filing fee within twenty (20) days of the date of this Order. Failure to pay the filing fee as directed may result in dismissal of this action without further notice

**DONE AND ORDERED** at Tampa, Florida on June 2, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record